*MADE JS-6*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., <br><br> Plaintiff, <br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendants. <br>_____ <br> UNITED STATES OF AMERICA, <br><br> Counterclaimant, <br> vs. <br> YVONNE MELISSA DE LOS REYES AND EDDIE D. DE LOS REYES JR., <br><br> Counterdefendants. | Case No. CV 11-05991-GW(OPx) <br><br><br> **ORDER RE: DISMISSAL** <br><br><br> Hon. George Wu |

///

///

///

**IT IS HEREBY ORDERED THAT:**

1. The action is dismissed with prejudice in its entirety and all dates are vacated;
2. Costs of suit and attorneys' fees shall be born by each party; and
3. The Court retains jurisdiction pending completion of the terms of the Stipulation for Compromise Settlement.

DATED: March 19, 2012

_____
GEORGE H. WU
United States District Judge

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

  /s/
_____
KRISTEN M. LEE
Assistant United States Attorneys
Attorneys for Defendant and Counterclaimant
United States of America

2